JOHANNA W. ROLLER, Individually and as Administratrix of the Estate of ALBERT H. ROLLER, Deceased, et al., Respondents, *v.* FRANK STANLY, Appellant.

Argued March 7, 1951; decided April 12, 1951.

*Irving L. Weishar* for appellant.

*Joseph Perlstein* and *Anthony Barbiero* for respondents.

Orders reversed and motion for summary judgment dismissing the complaint granted, with costs in all courts, upon the ground that, under the circumstances here present, defendant was not guilty of any actionable misrepresentation and did not violate any fiduciary duty in his purchase of the assets of the partnership. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.